IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE C. SPENCE,

    Petitioner,                                        No. CIV S 07-2434 GEB DAD P

    vs.

PEOPLE OF THE STATE OF CA,

    Respondent.                                    ORDER

_____/

        Petitioner, a state prisoner at High Desert State Prison, has filed an application for an extension of time to file a writ of habeas corpus. Petitioner has also filed an application for appointment of counsel. In order to commence an action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, petitioner's application for an extension of time will be denied. In addition, petitioner's application for appointment of counsel will be denied. Petitioner will be provided the opportunity to file his petition, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

/////

1	In accordance with the above, IT IS HEREBY ORDERED that:

2	1. Petitioner's November 13, 2007 application for an extension of time is denied;

3	2. Petitioner's November 13, 2007 application for appointment of counsel is
4	denied;

5	3. Petitioner is granted thirty days from the date of service of this order to file a
6	petition that complies with the requirements of the Rules Governing Section 2254 Cases, the
7	Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the
8	docket number assigned this case.  Petitioner shall also submit, within thirty days from the date
9	of this order, the application to proceed in forma pauperis on the form provided by the Clerk of
10	Court, or the filing fee in the amount of $5.00.  Petitioner's failure to comply with this order will
11	result in a recommendation that this matter be dismissed; and

12	4. The Clerk of the Court is directed to send petitioner the court's form for filing
13	a petition for writ of habeas corpus and the application to proceed in forma pauperis by a
14	prisoner.

15	DATED: November 28, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

19	DAD:9:cm
	spen2434.nop

2