IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE C. SPENCE,<br><br>        Petitioner,<br><br>   vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent.<br>_____/ | 1:08-cv-00045-AWI-WMW (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO RESPONDENT'S MOTION TO DISMISS<br><br>(DOCUMENT #22)<br><br>THIRTY DAY DEADLINE |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 21, 2008, petitioner filed a motion to extend time to file a response to respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file a response to respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:   August 25, 2008**          /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE