IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE C. SPENCE, | 1:08-cv-0045 AWI WMW (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
|     vs. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | (DOCUMENT #27) |
|     Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 26, 2009, Petitioner filed a motion to extend time to file objections to findings and recommendations and/or request for stay. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Petitioner is granted thirty (30) days from the date of service of this order in which to file objections to findings and recommendations.

IT IS SO ORDERED.

Dated:   March 5, 2009              /s/  William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE