UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE C. SPENCE, | ) | 1:08-cv-00045 AWI YNP [DLB] (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING SUPPLEMENTAL |
| | ) | FINDINGS AND RECOMMENDATION |
| | ) | [Doc. #33] |
| | ) | |
| v. | ) | ORDER DENYING RESPONDENT'S |
| | ) | MOTION TO DISMISS |
| | ) | [Doc. #20] |
| | ) | |
| PEOPLE OF THE STATE OF | ) | ORDER DIRECTING RESPONDENT TO |
| CALIFORNIA, | ) | FILE AN ANSWER TO PETITION FOR |
| | ) | WRIT OF HABEAS CORPUS |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Magistrate Judge issued a Supplemental Findings and Recommendation on July 6, 2009, that recommended that Respondent's motion to dismiss be denied. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. No objections were filed within that time.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued July 6, 2009, is ADOPTED IN FULL;
2. Respondent's motion to dismiss is DENIED;
3. Respondent is DIRECTED to file an answer to the petition for writ of habeas corpus within sixty (60) days.[1]

IT IS SO ORDERED.

**Dated:   September 21, 2009**          **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] For further information regarding the filing of an answer or traverse, please refer to this Court's June 2, 2008, Order Requiring Respondent to File Responsive Pleading. (Doc. #15).